UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kinkeung Mok, derivatively on behalf of Tile Shop Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Robert A. Rucker, Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts, and Fumitake Nishi, <br><br> Defendants, <br><br> -and- <br><br> Tile Shop Holdings, Inc., <br><br> Nominal Defendant. | Court File No. _____ <br><br><br> **AFFIDAVIT OF PATRICIA A. BLOODGOOD IN SUPPORT OF PLAINTIFF'S MOTION TO FILE PORTIONS OF VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT UNDER SEAL** |

STATE OF MINNESOTA )
                            ) ss.
COUNTY OF HENNEPIN )

      Patricia A. Bloodgood, being first duly sworn on oath, states that:

      1) I am a partner at the law firm of Zimmerman Reed, PLLP, 1100 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, and one of the attorneys representing Plaintiff Kinkeung Mok in the above-captioned action. I have personal knowledge of the statements contained in this Affidavit and if called to testify, I could and would testify

competently to them. I submit this Affidavit in Support of Plaintiff's Motion to File Portions of Verified Shareholder Derivative Complaint Under Seal.

2) Attached as Exhibit A is a true and correct copy of a Confidentiality Agreement, dated June 23, 2014.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Patricia A. Bloodgood

Subscribed and sworn to before me
this 17th day of March, 2015.

_____
Notary Public

KAREN MARIE COLT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2016