**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kinkeung Mok, derivatively on behalf of Tile Shop Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Robert A. Rucker, Peter J. Jacullo, III, Peter H. Kamin, Todd Krasnow, Adam L. Suttin, William E. Watts, and Fumitake Nishi, <br><br> Defendants, <br><br> -and- <br><br> Tile Shop Holdings, Inc., <br><br> Nominal Defendant. | Court File No. 15-mc-0018 (PJS/TNL) <br><br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO FILE PORTIONS OF VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT UNDER SEAL** |

Having considered all of the filings and evidence presented, and for good cause shown, the Court hereby **GRANTS** Plaintiff's Motion to File Portions of Verified Shareholder Derivative Complaint Under Seal (Doc. No. 1).

SO ORDERED.

Dated: 3/23/15

s/Patrick J. Schiltz
United States District Judge